**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE VAUGHN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:12-cv-00566-AWI-JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 15) |

The parties have stipulated by counsel to extend the period of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 15). The Scheduling Order allows a single thirty-day extension by stipulation (Doc. 7 at 4), and this is the first extension requested by the parties.

Accordingly, it is **HEREBY ORDERED**: Defendant is granted an extension of time until **December 28, 2012**, to file a response to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated:  **November 27, 2012**           /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE