1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11  DANIELLE VAUGHN,                    )  Case No.: 1:12-cv-00566-AWI-JLT
                                         )
12          Plaintiff,                   )  ORDER STRIKING PLAINTIFF'S OPENING
                                         )  BRIEF
13      v.                               )
                                         )
14  COMMISSIONER OF SOCIAL SECURITY,     )
                                         )
15          Defendant.                   )
                                         )
16  _____     )

17          Plaintiff filed an opening brief in this action on November 1, 2012.  However, Plaintiff failed

18  to comply with the substantive requirements of an opening brief.  The Court's order dated April 14,

19  2012 instructs an opening brief must contain the following:

20          (a) a plain description of appellant's alleged physical or emotional impairments, when
            appellant contends they became disabling, and how they disable appellant from work;
21
22          (b) **a summary of all relevant medical evidence** including an explanation of the
            significance of clinical and laboratory findings and the purpose and effect of prescribed
23          medication and therapy;

24          (c) **a summary of the relevant testimony** at the administrative hearing;…

25  (Doc. 7 at 3) (emphasis added).  The parties were warned: "Briefs that do not substantially comply

26  with these requirements will be stricken."  *Id.* at 4.

27          Plaintiff asserts the administrative law judge ("ALJ") erred in evaluation of the medical

28  evidence and rejecting lay witness testimony.  However, in Plaintiff's opening brief, she failed to

1

provide summaries of the medical evidence, or the testimony provided at the hearing before the ALJ. Rather, the brief states: "Relevant medical facts and testimony are discussed in the context of the arguments." (Doc. 14 at 2). This is insufficient to comply with the terms of the Court's order to provide summaries of the evidence.

Accordingly, it is **HEREBY ORDERED**:

1.      Plaintiff's opening brief is **STRICKEN**;

2.      Plaintiff **SHALL** file an amended opening brief on or before **January 7, 2013**;

3.      Defendant **SHALL** file a brief in opposition no later than thirty days after the date of service of Plaintiff's opening; and

4.      Plaintiff's reply, if any, shall be filed within fifteen days of the date of service of Defendant's brief.

IT IS SO ORDERED.

Dated:   **December 17, 2012**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE